IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| SHOSHONE CONDOMINIUM HOTEL OWNERS ASSOCIATION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BOYNE USA, INC., BIG SKY RESORT, LLC, BOYNE PROPERTIES, INC. and JOHN DOES 1–5, <br><br> Defendants. | CV 24-85-BU-TJC <br><br><br><br> **ORDER** |

On September 20, 2024, Defendants filed a motion to dismiss Plaintiff's complaint. (Doc. 4.) Subsequently, on April 1, 2025, Plaintiff filed its Amended Complaint (Doc. 19), which moots Defendants' earlier motion. *Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

Accordingly, Defendants' motion to dismiss Plaintiff's original complaint (Doc. 4) is DENIED as moot.

This Order has no effect on the pendency of Defendants' Motion To Dismiss Plaintiff's Amended Complaint. (Doc. 22.)

DATED this 5th day of June, 2025.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge